In the Matter of the Claim of the COMMISSIONER OF TAXATION AND FINANCE, Respondent, against HOWARD R. Cox et al., Appellants.

THE STATE INDUSTRIAL BOARD, Respondent.

(Argued November 17, 1931; decided December 1, 1931.)

*Sylvester E. Hevers, Leo F. Potts* and *Henry L. Ughetta* for appellants.

*John J. Bennett, Jr., Attorney-General (Joseph A. McLaughlin* and *Roy Wiedersum* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, KELLOGG, O'BRIEN and HUBBS, JJ. Dissenting: LEHMAN, J.